AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Fourteen U.S. Postal Parcel located at the<br>Washington General Mail Facility, Washington, DC | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:18-sw-00179
Assigned To : Magistrate Judge  Robinson, Deborah A.
Assign. Date : 7/11/2018
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

    SEE ATTACHMENT A

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    CONTRABAND CONTROLLED SUBSTANCES

        **YOU ARE COMMANDED** to execute this warrant on or before   July 25, 2018   *(not to exceed 14 days)*
    ☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to   DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE  .
                                                                                              *(United States Magistrate Judge)*

        ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

                                JUL 1 1 2018

Date and time issued: _____ ℮ 10:38 am _____   _____
                                                                                *Judge's signature*

City and state:      WASHINGTON, D.C. _____   DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE
                                                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:18-SW-179 | Date and time warrant executed:<br>7/12/18   10:21AM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of : *Insp M. Brancato* | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached | | |

**FILED**

JUL 0 3 2019

Clerk, U.S. District and
Bankruptcy Courts

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   5-24-19

*Executing officer's signature*

James Ussery  Postal Inspector
*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (FC) 9500 1141 5432 8190 0560 13 | Approximately 70 grams of THC related products to include, one suspected THC laced candy sucker, one plastic container of suspected THC hash and a green, leafy plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 2. | (FC) 9500 1141 5432 8190 0559 86 | Approximately 70 grams of THC related products to include, one suspected THC laced candy sucker, one plastic container of suspected THC hash and a green, leafy plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 3. | (FC) 9500 1141 5432 8190 0560 06 | Approximately 60 grams of THC related products to include, one suspected THC laced candy sucker, one plastic container of suspected THC hash and a green, leafy plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 4. | (FC) 9500 1141 5432 8190 0559 79 | Approximately 70 grams of THC related products to include, one suspected THC laced candy sucker, one plastic container of suspected THC hash and a green, leafy plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 5. | (FC) 9500 1141 5432 8190 0560 37 | Approximately 65 grams of THC related products to include, one suspected THC laced candy sucker, one plastic container of suspected THC hash and a green, leafy plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 6. | (P) 9505 5141 5432 8190 0559 96 | No CDS or CDS proceeds, parcel returned to mail stream. |
| 7. | (E) EM 036 606 123 US | Approximately 30 grams of green, leafy, plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 8. | (P) 9505 5143 4881 8164 1210 64 | No CDS or CDS proceeds, parcel returned to mail stream. |
| 9. | (E) EL 858 152 094 US | Approximately 435 grams of green, leafy, plantlike substance, suspected to be marijuana inside one heat sealed bag. |

| 10. | (E) EL 899 993 828 US | Approximately 990 grams of THC related products to include 28 glass jars of suspected THC wax. |
| 11. | (E) EE 217 271 008 US | Approximately 245 grams of green, leafy, plantlike substance, suspected to be marijuana inside two zipock bags.. |
| 12. | (P) 9505 8125 8977 8170 1078 46 | No CDS or CDS proceeds, parcel returned to mail stream. |
| 13. | (E) EE 106 512 990 US | Approximately 1225 grams of green, leafy, plantlike substance, suspected to be marijuana inside two heat sealed bags. |
| 14 | (E) EL 709 347 278 US | Approximately 2415 grams of green, leafy, plantlike substance, suspected to be marijuana inside five heat sealed bags. |